BENJAMIN B. WAGNER
UNITED STATES Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO.  75-33M |
| | ) | |
| Plaintiff, | ) | MOTION TO DISMISS COMPLAINT |
| v. | ) | AND ORDER |
| | ) | |
| WILLIAM WALTER ASHER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**MOTION**

HEREBY, the United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without prejudice the complaint for Unlawful Flight to Avoid Prosecution (UFAP) in the above referenced case, MAG No 75-33M, against defendant William Walter ASHER.

DATED: 9/28/11                                    BENJAMIN WAGNER
                                                  UNITED STATES ATTORNEY


                                          By   /s/Michelle Rodriguez
                                               MICHELLE RODRIGUEZ
                                               Assistant U.S. Attorney

1

**ORDER**

The United States' motion to dismiss without prejudice the underlying UFAP complaint in the above referenced case, MAG No 75-33M against defendant William Walter ASHER is GRANTED.

DATED: September 28, 2011

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE